before such community college district is established."

 The record shows that those electors qualified to vote upon the proposal to create a community college district resided in either School District 2, 3, 4, 6, 7, 9, 11, or 16. Of those so qualified, the property owners in School Districts 3, 9, and 16 voted against the proposal; the non-property owners in School District 7 also voted against the proposal, and in School District 11 the vote was a tie. The wording of the statute is plain, unambiguous and unequivocal, "In the event that a majority vote *in one or more such school districts* does not favor the establishment of such community college districts, another election shall be held before such community college district is established." (Emphasis supplied.) The proposal stood defeated at the election. There is no Casper Community College District and a nonexistent body can have no rights or authorities under the constitution or laws of this or any other jurisdiction.

The order, findings, and judgment of the district court are reversed.

Reversed.

Robert W. Costin, of Davis & Costin, Laramie, for appellant.

John F. Sullivan, Laramie, for appellees.

Before PARKER, C. J., and HARNSBERGER, GRAY, and McINTYRE, JJ.

Mr. Justice HARNSBERGER delivered the opinion of the court.

This case comes to us on appeal from a judgment in favor of the defendants and against the plaintiffs. The action is the outgrowth of a collision on a winding mountain road between a truck and an automobile in which the plaintiffs were riding. Appellants claim the judgment was contrary to the evidence.

A careful examination of the evidence favorable to the defendants convinces that it is substantial and sufficient to support the judgment rendered. The judgment of the lower court is affirmed.

Affirmed.

Henry A. COLEMAN, Delma A. Coleman, John Coleman, Ada Mae Coleman, a minor, John Coleman, a minor, and Larry Joe Coleman, a minor, Henry A. Coleman, being the next friend and father of all minors, Appellants (Plaintiffs below),

v.

Dean ALEXANDER and the Otto Lumber Company, Inc., a Wyoming corporation, Appellees (Defendants below).

No. 3086.

Supreme Court of Wyoming.

Aug. 20, 1963.

Katherine CROUSE, Appellant (Defendant below),

v.

The STATE of Wyoming, Appellee (Plaintiff below).

No. 3131.

Supreme Court of Wyoming.

July 23, 1963.

